## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: <u>May 13, 2026</u> |
| ANTON BILSKI | : | VIOLATIONS:<br>**18 U.S.C. § 2252(a)(2), (b)(1)** |
| | : | **(distribution of child pornography –**<br>**1 count)** |
| | : | **18 U.S.C. § 2252(a)(2), (b)(1) (receipt of**<br>**child pornography – 1 count)** |
| | : | **18 U.S.C. § 2252(a)(4)(B), (b)(2)**<br>**(possession of child pornography – 1** |
| | : | **count)**<br>**Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 27, 2023, in Landenberg, in the Eastern District of

Pennsylvania, defendant

## ANTON BILSKI

knowingly distributed a visual depiction using any means and facility of interstate and foreign

commerce, and that had been mailed and shipped and transported in and affecting interstate and

foreign commerce by any means, including by computer, the producing of which involved the

use of a minor engaging in sexually explicit conduct, and the visual depiction was of such

conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2026, in Landenberg, in the Eastern District of Pennsylvania, defendant

**ANTON BILSKI**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 17, 2026, in Landenberg, in the Eastern District of Pennsylvania, defendant

**ANTON BILSKI**

knowingly possessed matter, namely an Apple iPhone cellular phone, Model 14, bearing serial number XDYQ6W7VVH, which contained visual depictions that had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct. The minors depicted included prepubescent minors and minors who had not attained the age of 12 years.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), as set forth in this indictment, defendant

**ANTON BILSKI**

shall forfeit to the United States of America:

(a) any visual depiction described in Section 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to, one blue Apple iPhone, Model 14, bearing serial number XDYQ6W7VVH.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

_Christine E. Ayres for_

**DAVID METCALF**
**UNITED STATES ATTORNEY**

No._ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ANTON BILSKI

INDICTMENT

Counts
**18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography – 1 count)**
**18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)**
**18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)**
**Notice of forfeiture**

