**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | *AUSA: Justin Christopher Oshana* |
| | **:** | |
| **v.** | **:** | **Criminal No. 2:26-211** |
| | **:** | |
| **ANTON BILSKI** | **:** | *AFD/Atty: Elliot M. Cohen* |
| *Reg. No. 49658-512* | **:** | |

## NOTICE OF HEARING

Take notice that a **TRIAL** is scheduled on **July 20, 2026, at 9:30 a.m.** before the **Honorable Kai N. Scott** in **Courtroom 13B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** An interpreter will be required for the defendant.

☐ **Hearing rescheduled[1] from:**

For additional information, please contact the undersigned.

By:      **Susan Flaherty, Courtroom Deputy**
         to The Honorable Kai N. Scott, U.S. District Court Judge
         Phone: 267-299-7598
         Susan_Flaherty@paed.uscourts.gov

**DATE: June 8, 2026**
**NOTICE TO:**
Defendant
Counsel Above
Criminal Notices