**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | *AUSA: Justin Christopher Oshana* |
| | **:** | |
| **v.** | **:** | **Criminal No. 2:26-211** |
| | **:** | |
| **ANTON BILSKI** | **:** | *AFD/Atty: Elliot M. Cohen* |
| *Reg. No. 49658-512* | **:** | |

### SCHEDULING ORDER

**NOW**, this **25th** day of **June 2026**, it is **ORDERED** as follows:

1. The case is **SPECIALLY LISTED** for trial before the **Honorable Kai N. Scott, United States District Court Judge**, on **October 19, 2026**, at **9:30 a.m.**, in **Courtroom 13B**, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. A **Final Pretrial Conference** will be held on **October 7, 2026, at 10:00 a.m.,** in **Courtroom 13B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

*s/Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**

cc:     Counsel Listed Above
        US Marshal Service
        Court Notices